Opinion issued February 4, 2025



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00876-CV

———————————

**FAITH AND GRACE CHURCH, INC., Appellant**

**V.**

**H & E EQUIPMENT SERVICES, INC., Appellee**

---

On Appeal from the 129th District Court
Harris County, Texas
Trial Court Case No. 2023-18657

---

## MEMORANDUM OPINION

Appellant filed an agreed motion to dismiss this appeal because, on December 20, 2024, the trial court signed an order granting a motion to set aside the default judgment and a motion for new trial. We grant the motion.

The appeal is dismissed. *See* TEX. R. APP. P. 42.(a)(1). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.